**FILED**

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0547

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                                 O R D E R

DANIEL CHRISTOPHER ROWE,

      Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 29, 2023, to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 26 2023